AO 241 (Rev. 09/17)

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: U.S. DISTRICT COURT DISTRICT OF MAINE PORTLAND RECEIVED & FILED |
|---|---|
| Name (under which you were convicted): Brad Chesnel | Docket or Case No.: |
| Place of Confinement: Maine State Prison @ Warren | Prisoner No.: #4207 |

Petitioner (include the name under which you were convicted)          Respondent (authorized person having custody of petitioner)

v.

Brad Chesnel          Nathan Thayer, warden

The Attorney General of the State of: Maine

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Androscoggin Superior Court
   2 Turner St
   Auburn Me. 04210

   (b) Criminal docket or case number (if you know): Aub SC-CR-12-983

2. (a) Date of the judgment of conviction (if you know): April 3, 1998

   (b) Date of sentencing:

3. Length of sentence: Life - 17A MRSA §201(1)(A) 40 years 17-A MRSA (1)(E)

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   17 A MRSA § 201(1)(A) - murder - Life
   17 A MRSA § 651(1)(E) - Robbery - 40 years
                                    (concurrent)

6. (a) What was your plea? (Check one)

   ☐ (X) Not guilty        ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty            ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☒ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Supreme Judicial Court of Maine

(b) Docket or case number (if you know): _____

(c) Result: Appeal was denied

(d) Date of result (if you know): 7/29/1999

(e) Citation to the case (if you know): 1999 ME 120, 734 A 2d 1131, 1999 ME Lexis 132

(f) Grounds raised: ① Denial of Change of Venue
② Denial of motion to sever
③ Juror misconduct
④ Prejudicial Comments by the state in closing arguments
⑤ Testimony of witness Michael Aller

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

Page 3 of 16

AO 241 (Rev. 09/17)

       (4) Date of result (if you know): _____

       (5) Citation to the case (if you know): _____

       (6) Grounds raised: _____

   (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

       If yes, answer the following:

       (1) Docket or case number (if you know): _____

       (2) Result: _____

       (3) Date of result (if you know): _____

       (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

   (a)   (1) Name of court: **Androscoggin Superior Court**

       (2) Docket or case number (if you know): **Aub SC-CR 2000-00234**

       (3) Date of filing (if you know): **May 19, 2000**

       (4) Nature of the proceeding: **PCR.**

       (5) Grounds raised:

       ① Trial counsel was ineffective for failure to properly raise juror misconduct. Counsel was found to hold a meeting in chambers prior to Chesnel being transferred for hearing cancelling out two grounds to be raised. (juror-misconduct-bias judge)

       ② Ineffective assistance of counsel.

       (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       ☒ Yes   ☐ No

       (7) Result: **Petition denied on October 25, 2001**

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Androscoggin Superior Court

(2) Docket or case number (if you know): CR 05-802 (Aub SC)

(3) Date of filing (if you know): Sept 26, 2005

(4) Nature of the proceeding: PCR

(5) Grounds raised: Counsels ineffectiveness for not properly challenging juror misconduct as directed in Justice Alexander's direct response to juror issue raised - This is on electronic file - Court recommends hearing - Justice Alexander.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No

(7) Result: Dismissed

(8) Date of result (if you know): Oct 27, 2005

(c) If you filed any third (4th) petition, application, or motion, give the same information:

(1) Name of court: Auburn Superior Court

(2) Docket or case number (if you know): Aub SC CR-12-983 PCR

(3) Date of filing (if you know): March 6, 2023

(4) Nature of the proceeding: PCR

(5) Grounds raised: Counsels ineffectiveness for not properly challenging juror misconduct and for failing to preserve issue on appeal - Counsel ineffective

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☒ No

(7) Result: ___Denied___

(8) Date of result (if you know): __12/12/23__

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

   (1) First petition:   ☐ Yes   ☒ No
   (2) Second petition:  ☐ Yes   ☒ No
   (3) Third petition:   ☒ Yes   ☐ No
   4th Fourth            ☒ Yes

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** I am being held in violation of the constitution because of Counsels ineffectiveness in properly raising juror misconduct.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Before my sentencing it was found that juror B informed and tainted the jury by informing them of a new case that was discussed in motion to be held away from the jury. The statement is on electronic file of juror B saying Chesnel is capable of committing the crime he has done it before with a hammer in Sabattus (introduced new unheld evidence) During Voire dure - jurors were asked of Knowledge

(b) If you did not exhaust your state remedies on Ground One, explain why: they all agreed to not know of mr. Chesnel in any aspect at all. once again justice Alexander referred it to a hearing counsel still ineffective.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: PCR.

Name and location of the court where the motion or petition was filed: Androscoggin Superior Court

Docket or case number (if you know): ① Aub SC-CR 2000-00234  ② CR 05-82  ③ Aub CR 72 983  ④ Aub CR 2023-536

Date of the court's decision: ① 10/25/2001  ② 9/26/2005  ③ 3/6/2023  4th 12/12/2023

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Maine Supreme Judicial Court sitting as the Law Court

Docket or case number (if you know): And-24-2022

Date of the court's decision: June 21, 2024

Result (attach a copy of the court's opinion or order, if available): See attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: My PCR petitions (no 1 and 2) were not appealed.

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** After newly discovered evidence I should have received a new trial or a resentencing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My co-defendant who was also convicted of murder re-canted his testimony - implicating himself in brand new information and factual physical evidence for the crime of murder (how he did it) After newly discovered evidence of another recantment of witness who was paid 40$ by probation/parole for testimony. The jail phone PI investigation proved I never would of been in the area of this witness - sheriff testified with documentation. Even then I should of received a resentencing.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: The evidence was discovered post direct appeal - There were letters written to the court out of unease from jurors not informing court.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: PCR

Name and location of the court where the motion or petition was filed: Auburn Superior Court

Docket or case number (if you know): And 18-20

AO 241 (Rev. 09/17)

Date of the court's decision: _June 25, 2015_

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☒ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Maine Supreme Court Sitting as the Law Court_

Docket or case number (if you know): _And-18-280_

Date of the court's decision: _April 26, 2019_

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes  ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

    (4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____
_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ❑ Yes   ❑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❑ Yes   ❑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: William Masselli

    (b) At arraignment and plea: William Masselli

    (c) At trial: William Masselli

    (d) At sentencing: William Masselli

    (e) On appeal: William Masselli,

    (f) In any post-conviction proceeding: Henry Griffin, Don Hornblower - Leonard Sharon

    (g) On appeal from any ruling against you in a post-conviction proceeding: Leonard Sharon

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I am doing my best to get this out - The date I am sending this is June 16/2025 - There is no law library in Maine State Prison - I am doing my best with this form without a lawyer.

This packet was submitted and kicked back from the prison business office - for not being able to process the (on 6/20/25) Transfer for filing fee.

I have noted this with the caseworker and an electronic file was created from my caseworker at the prison

Brad H Chesnel h
6/20/25

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

      (2)      The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

_____

or any other relief to which petitioner may be entitled.

 

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

*[signature]*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____