UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRAD CHESNEL, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | 1:25-cv-00341-LEW |
| ) | |
| WARDEN NATHAN THAYER, ) | |
| ) | |
| Respondent ) | |

**ORDER TO ANSWER**

Petitioner has filed a 28 U.S.C. § 2254 petition. The petition was filed on June 30, 2025. (ECF No. 1). The Court has reviewed the file in this matter and hereby orders the Attorney General for the State of Maine to file an answer or otherwise respond to the petition no later than September 2, 2025. Pursuant to Rule Governing Section 2254 Proceedings 5(e), Petitioner shall have 30 days thereafter to file a reply. No further pleadings are authorized except by leave of Court. District of Maine Local Rule 7(e) shall govern the form and length of these pleadings and neither the answer nor the reply shall exceed 20 pages.

The Court requests the cooperation of the Attorney General for the State of Maine to ensure compliance with 18 U.S.C. § 3771(b)(2) of the Crime Victims' Rights Act, and, if a hearing is scheduled, to notify any victim of the time and date of said hearing.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 1st day of July, 2025.