UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| BRAD CHESNEL | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:25-cv-00341-LEW |
| | ) | |
| WARDEN NATHAN THAYER, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 14, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision on Plaintiff's pro se Petition for Writ of Habeas Corpus (ECF No. 1).

The time within which to file objections expired on October 28, 2025, and no objection was filed.  The Magistrate Judge notified the parties that failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision together with the entire record and concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.  It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 4) is hereby AFFIRMED and ADOPTED.

The motion for habeas relief under 28 U.S.C. § 2254 is DENIED and DISMISSED without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 5th day of January, 2026.

                                        /s/ Lance E. Walker
                                        Chief U.S. District Judge